

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00131-CV

## IN RE CECILIA R. WILLIAMS PERKINS, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF BERNICE JEANETTE WILLIAMS, DECEASED

## Original Proceeding

## ORDER

Cecilia R. Williams Perkins's Petition for Writ of Mandamus was filed on April 27, 2016 and supplemented on May 5, 2016. The Court requests a response from the other parties to the proceeding addressing 1) the issue of this Court's mandamus versus appellate jurisdiction of the issues; and 2) the merits of the issues. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 28 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Response requested
Order issued and filed June 2, 2016

